## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  August 13, 2015                    520163
_____

In the Matter of ERWIN
    WILLIAMS,
                        Petitioner,

        v                                        MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____

Calendar Date:  June 8, 2015

Before:  Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ.

                        _____


        Erwin Williams, Auburn, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court